David H. Waters, State Bar No. 078512
Bina Ghanaat, State Bar No. 264826
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:   (510) 444-6800
Facsimile:     (510) 835-6666

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION; and DOES 1 through 50,<br><br>Defendants. | No. CV 11 3159 LHK<br><br>[PROPOSED] ORDER THAT DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION MAY FILE A FIRST AMENDED ANSWER TO THE COMPLAINT |

ORDER

Pursuant to stipulation of the parties and good causing appearing, IT IS HEREBY ORDERED that LSIC may file a First Amended Answer to the Complaint to change the second sentence of the second paragraph from "Liberty Surplus admits that its principal place of business is in the State of New York" to "Liberty Surplus denies that its principal place of business is in the State of New York, because its principal place of business is in the State of Massachusetts."

IT IS SO ORDERED.

Dated: September 7, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge