Keith A. Turner (State Bar No. 120414)
WILSON & ELLIN
2350 West Empire Avenue, Suite 102
Burbank, CA 91504
Telephone: (818) 972-5208
Fax: (818) 972-5222
Email: keith.turner@ffic.com

Attorneys for Plaintiff
THE AMERICAN INSURANCE COMPANY

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION; and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO: 5:11-CV-03159-LHK<br><br>*Case assigned to the San Jose Courthouse Courtroom 8, Honorable Lucy H. Koh*<br><br>**THE AMERICAN INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　December 21, 2011<br>Time:　　　　2:00 p.m.<br>Courtroom:　　8 |

　　In accordance with Local Rule 16-10, plaintiff The American Insurance Company ("American") requests leave of court to attend by telephone the Case Management Conference scheduled to occur on December 21, 2011 at 2:00 p.m. This request is made on the basis that counsel for American is located in Southern California, and that a personal appearance will necessitate air travel and attendant costs. The matters to be addressed at the Case Management Conference can be handled as effectively by telephone as by a personal appearance.

DATE: November 15, 2011

WILSON & ELLIN

By: _____
Keith A. Turner
Attorneys for Plaintiff
THE AMERICAN INSURANCE COMPANY

– 1 –