Keith A. Turner (State Bar No. 120414)
WILSON & ELLIN
2350 West Empire Avenue, Suite 102
Burbank, CA 91504
Telephone: (818) 972-5208
Fax: (818) 972-5222
Email: keith.turner@ffic.com

Attorneys for Plaintiff
THE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION; and DOES 1 through 50,<br><br>Defendants. | CASE NO: 5:11-CV-03159-LHK<br><br>*Case assigned to the San Jose Courthouse Courtroom 8, Honorable Lucy H. Koh*<br><br>**STIPULATION AND ORDER** |

WHEREAS plaintiff The American Insurance Company has recently discovered that Greenwich Insurance Company issued private company reimbursement insurance policies to Prometheus Real Estate Group that American believes potentially provide coverage to Prometheus and Lick Mill Creek Apartments in Santa Clara County Superior Court case no. 108 CV 118002 ("the underlying action"), and thereby trigger Greenwich's duty to defend Prometheus and Lick Mill in the underlying action;

WHEREAS Greenwich has denied any obligation to defend Prometheus and Lick Mill in the underlying action; and

WHEREAS defendant Liberty Surplus Insurance Corporation has recently discovered that a number of insurers issued commercial general liability insurance policies to subcontractors involved in the construction of the Mansion Grove Apartment project that forms the basis of

— 1 —

plaintiffs' claims in the underlying action. Although Liberty Surplus contends that there is no coverage for Prometheus and/or Lick Mill as additional insureds under the Commercial General Liability policy and Additional Insured Endorsement Liberty Surplus issued, if Liberty Surplus is held to provide coverage, then the subcontractors' policies will also afford coverage to Prometheus and/or Lick Mill as additional insureds for the claims asserted in the underlying action on the same basis;

    IT IS HEREBY STIPULATED by and between American and Liberty Surplus that American shall have leave to file a first amended complaint adding Greenwich as a defendant. A true and correct copy of that proposed first amended complaint is attached as Exhibit A. Liberty Surplus shall have leave to file a cross-complaint adding as cross-defendants the insurers that issued commercial general liability policies to subcontractors involved in the construction of the Mansion Grove Apartment project and against Greenwich.

DATE: November 28, 2011

                        WILSON & ELLIN

                        /s/
       By:  _____
                        Keith A. Turner
                        Attorneys for Plaintiff
                        THE AMERICAN INSURANCE COMPANY

DATE: November 28, 2011

                        BURNHAM & BROWN

                        /s/
       By:  _____
                        David H. Waters
                        Attorneys for Defendant
                        LIBERTY SURPLUS INSURANCE CORPORATION

IT IS SO ORDERED

DATE: November 29, 2011

*Lucy H. Koh*
_____
Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

L:\14252\Stipulation.doc

*Sidebar (left margin):* WILSON & ELLIN, 2350 West Empire Avenue, Suite 102, Burbank, CA 91504, Telephone: (818) 972-5200