David H. Waters, State Bar No. 078512
Bina Ghanaat, State Bar No. 264826
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant/Cross-Claimant/Third-Party Plaintiff
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION; GREENWICH INSURANCE COMPANY,<br><br>            Defendants. | No. 5:11-CV-03159-LHK<br><br>*Case assigned to the San Jose Courthouse Courtroom 8, Honorable Lucy H. Koh*<br><br>**DEFENDANT/CROSS-CLAIMANT/ THIRD-PARTY PLAINTIFF LIBERTY SURPLUS INSURANCE CORPORATION'S REQUEST FOR DISMISSAL, WITHOUT PREJUDICE, AS TO THIRD-PARTY DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY ONLY** |
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>            Cross-Claimant,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>            Cross-Defendant. | |
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>            Third-Party Plaintiff, | |

v.

IRONSHORE SPECIALTY INSURANCE COMPANY, AMERICAN SAFETY INSURANCE COMPANY, FINANCIAL PACIFIC INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, FIRST MERCURY INSURANCE COMPANY and ADMIRAL INSURANCE COMPANY,

    Third-Party Defendants.

Defendant/Cross-Claimant/Third-Party Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION ("Liberty Surplus") hereby requests that the Court dismiss LIBERTY SURPLUS' Third-Party Complaint, without prejudice, as to Third-Party Defendant IRONSHORE SPECIALTY INSURANCE COMPANY ("Ironshore") only.

The Third-Party Complaint of Liberty Surplus has not been served Ironshore.

DATED: February 9, 2012

BURNHAM BROWN

By _____
DAVID H. WATERS
Attorneys for Defendant/Cross-Claimant/Third-Party Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION

IT IS SO ORDERED.

DATED: February 14, 2012

By _____
LUCY H. KOH
U.S. District Court Judge

1131484

REQUEST FOR DISMISSAL      2      No. 5:11-CV-03159-LHK