David H. Waters, State Bar No. 078512
Bina Ghanaat, State Bar No. 264826
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant/Cross-Claimant/Third-Party Plaintiff
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION; GREENWICH INSURANCE COMPANY,<br><br>　　　　Defendants.<br><hr>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>　　　　Cross-Claimant,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>　　　　Cross-Defendant.<br><hr>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>　　　　Third-Party Plaintiff, | No. 5:11-CV-03159-LHK<br><br>*Case assigned to the San Jose Courthouse Courtroom 8, Honorable Lucy H. Koh*<br><br>**DEFENDANT/CROSS-CLAIMANT/ THIRD-PARTY PLAINTIFF LIBERTY SURPLUS INSURANCE CORPORATION'S REQUEST FOR DISMISSAL, WITHOUT PREJUDICE, AS TO THIRD-PARTY DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY ONLY** |

1  v.

2  IRONSHORE SPECIALTY INSURANCE COMPANY, AMERICAN SAFETY
3  INSURANCE COMPANY, FINANCIAL PACIFIC INSURANCE COMPANY,
4  ZURICH AMERICAN INSURANCE COMPANY, TRAVELERS PROPERTY
5  CASUALTY INSURANCE COMPANY, FIRST MERCURY INSURANCE
6  COMPANY and ADMIRAL INSURANCE COMPANY,

   Third-Party Defendants.

10  Defendant/Cross-Claimant/Third-Party Plaintiff LIBERTY SURPLUS INSURANCE

11  CORPORATION ("Liberty Surplus") hereby requests that the Court dismiss LIBERTY

12  SURPLUS' Third-Party Complaint, without prejudice, as to Third-Party Defendant

13  IRONSHORE SPECIALTY INSURANCE COMPANY ("Ironshore") only.

14  The Third-Party Complaint of Liberty Surplus has not been served Ironshore.

16  DATED: February 9, 2012                BURNHAM BROWN

                                           By _____
                                           DAVID H. WATERS
                                           Attorneys for Defendant/Cross-Claimant/Third-Party Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION

23  IT IS SO ORDERED.

24  DATED: February 14, 2012

                                           By _____
                                           LUCY H. KOH
                                           U.S. District Court Judge

28  1131484