UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>              Plaintiff,<br>   v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION; GREENWICH INSURANCE COMPANY,<br><br>              Defendants.<br><br>AND RELATED ACTIONS | Case No.: 11-CV-03159-LHK<br><br>ORDER REGARDING SCHEDULE AND PENDING SUMMARY JUDGMENT MOTIONS |

Pending before the Court is American Insurance Company's ("American Insurance") Motion for Summary Judgment, ECF No. 70; Liberty Surplus Insurance Corporation's ("Liberty Surplus") Motion for Summary Adjudication, ECF No. 81; and Greenwich Insurance Company's Motion for Partial Summary Judgment, ECF No. 85.

The Court set several case schedule deadlines on September 28, 2011 for the two original parties to this action, American Insurance and Liberty Surplus. ECF No. 26. Among those deadlines was a discovery cut-off, a dispositive motion hearing deadline, and a bench trial date. Since that time, numerous other parties have been added to the litigation, some only a short time before the fact discovery cut off and the deadline by which the parties were to file dispositive motions ("Newly Added Parties").

One of the newly added third party defendants, American Safety Indemnity Company ("American Safety"), has filed a motion to sever, or in the alternative to reopen discovery and

continue the trial date.  ECF No. 99 & 117.  Three other third party defendants, Travelers Property Casualty Company, Admiral Insurance Company, and Financial Pacific Insurance Company, have joined in American Safety's motion.

In light of the fact that many of the parties have only recently been added to this litigation, and in light of the fact that any order on the pending summary judgment and summary adjudication motions may become law of the case and have preclusive effect on all the parties to this litigation, the Newly Added Parties may wish to be heard on the pending summary judgment/adjudication motions.  Accordingly, any Newly Added Party that would like to be heard on the pending summary judgment/adjudication motions must file a notice indicating its intent to do so by noon on Tuesday, March 27, 2012.  Should any Newly Added Party indicate an intent to file a position statement on the pending dispositive motions, the Court shall vacate the April 5, 2012 hearing date and conduct a case management conference at which a new case schedule will be set.

**IT IS SO ORDERED.**

Dated: March 23, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-03159-LHK
ORDER REGARDING SCHEDULE AND PENDING SUMMARY JUDGMENT MOTIONS