**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE AMERICAN INSURANCE COMPANY, | ) | Case No.: 11-CV-03159-LHK |
|---|---|---|
| Plaintiff, | ) | ORDER VACATING HEARING ON PENDING SUMMARY JUDGMENT MOTIONS |
| v. | ) | |
| LIBERTY SURPLUS INSURANCE CORPORATION; GREENWICH INSURANCE COMPANY, | ) | |
| Defendants. | ) | |
| AND RELATED ACTIONS | ) | |

Several Third Party Defendants have filed notices of intent to be heard regarding the pending motions for summary judgment and summary adjudication in this case. ECF Nos. 128-130. Accordingly, the April 5, 2012 hearing on the pending motions is VACATED. The parties shall appear for a case management conference on April 5, 2012 at 1:30 p.m. By Friday, March 30, 2012, the parties shall file a joint case management statement, which includes a proposal for a new case schedule.

**IT IS SO ORDERED.**

Dated: March 28, 2012

_____
LUCY H. KOH
United States District Judge