IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

The American Insurance Company,

        Plaintiff,

v.

Liberty Surplus Insurance Corporation,

        Defendant.

CASE NO. 11-cv-03159-LHK PSG

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert J. Bates, Jr. , whose business address and telephone number is

Bates Carey Nicolaides, LLP
191 N. Wacker; Suite 2400
Chicago, IL  60606     312-762-3100

and who is an active member in good standing of the bar of the State of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Greenwich Ins. Co.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 4, 2012



Hon. Lucy H. Koh
United States District Judge