IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

The American Insurance Corporation,

CASE NO. 11-cv-03159-LHKPSG

Plaintiff,

v.

Liberty Surplus Insurance Corporation,

Defendant.

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Ommid C. Farashahi, whose business address and telephone number is Bates Carey Nicolaides LLP, 191 N. Wacker, Suite 2400, Chicago, IL 60606 Phone: 312-762-3100

and who is an active member in good standing of the bar of The State of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Greenwich Insurance Company

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 4, 2012



Honorable Lucy H. Koh
United States District Judge

431049