David H. Waters, State Bar No. 078512
Susan E. Firtch, State Bar No. 154624
Bina Ghanaat, State Bar No. 264826
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        dwaters@burnhambrown.com
Email:        sfirtch@burnhambrown.com
Email:        bghanaat@burnhambrown.com

Attorneys for Defendant/Cross-Claimant/Third-Party Plaintiff
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION; GREENWICH INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | No. 5:11-CV-03159-LHK<br><br>*Case assigned to the San Jose Courthouse Courtroom 8, Honorable Lucy H. Koh*<br><br>**STIPULATION DISMISSING LIBERTY SURPLUS INSURANCE CORPORATION'S THIRD-PARTY COMPLAINT AND ADMIRAL INSURANCE COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM WITHOUT PREJUDICE**<br><br>**AND**<br><br>**ORDER DISMISSING THIRD-PARTY COMPLAINT, COUNTER CLAIM AND CROSS-CLAIM WITHOUT PREJUDICE** |

1

STIPULATION DISMISSING LSIC'S 3D PARTY COMPLAINT AND
ADMIRAL'S COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM
WITHOUT PREJUDICE; ORDER

No. 5:11-CV-03159-LHK

IT IS HEREBY STIPULATED by and between third-party plaintiff Liberty Surplus Insurance Corporation ("Liberty Surplus") and third-party defendants Travelers Property Casualty Company of America ("Travelers"), Admiral Insurance Company ("Admiral"), Financial Pacific Insurance Company ("Financial Pacific"), American Safety Indemnity Company ("American Safety"), First Mercury Insurance Company ("First Mercury"), and Zurich American Insurance Company ("Zurich American) as follows:

1. Liberty Surplus shall dismiss its third-party complaint against third party defendants Travelers, Admiral, Financial Pacific, American Safety, First Mercury and Zurich American (collectively "third party defendants"), without prejudice, each party to bear its own costs.

2. The statute of limitations is tolled for all Liberty Surplus' claims against third party defendants through and including January 2, 2013 but does not toll any claims that may already be time barred.

3. Liberty Surplus may re-serve any third-party defendant by giving written notice by mail to third-party defendant's current attorney, that an answer is required to Liberty Surplus' current third-party complaint. LSIC need not re-file its current third party complaint. Third-party defendants shall answer the third party complaint within twenty (20) days of such written notice, but in lieu of an answer, may give notice that it is adopting its current answer.

4. Admiral shall dismiss its counter-claim and cross-claim against Liberty Surplus and Greenwich Insurance Company (collectively "counter-defendants") and against cross-defendants American Safety, Financial Pacific, Zurich American, Travelers, and First Mercury (collectively "cross-defendants") and cross-defendant Ironshore Specialty Insurance Company without prejudice, each party to bear its own costs.

5. The statute of limitations is tolled for all Admiral's claims against counter-defendants and cross-defendants through and including January 2, 2013 but does not toll any claims that may already be time barred.

6. Admiral may re-serve any counter-defendant and/or cross-defendant by giving

2

STIPULATION DISMISSING LSIC'S 3D PARTY COMPLAINT AND
ADMIRAL'S COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM
WITHOUT PREJUDICE; ORDER

No. 5:11-CV-03159-LHK

written notice by mail to the counter-defendant's and/or counter-defendant's current attorney, that an answer is required to Admiral's current counter-claim and cross-claim. Admiral need not re-file its current counter-claim and cross-claim. Counter-defendants and cross-defendants shall answer the Admiral counter-claim and cross-claim within twenty (20) days of such written notice, but in lieu of an answer, may give notice that it is adopting its current answer.

7. Each party that is re-served shall either serve a Rule 26 Disclosure or give notice it is adopting its heretofore served Rule 26 Disclosure and documents.

8. As to Zurich American, which has not made a Rule 26 Disclosure and produced copies of its policies and of its coverage position letter (if any), the dismissal shall be effective upon service on all parties of its Rule 26 Disclosure, production of its policies and of its coverage position letter (if any).

9. As to Travelers, which made its Rule 26 Disclosure but has not produced copies of its policies or of its coverage position letter (if any), the dismissal shall be effective upon production of its policies and of its coverage position letter (if any) to all parties.

IT IS SO STIPULATED.

DATED: April 11, 2012

BURNHAM BROWN

_____
DAVID H. WATERS
Attorneys for
LIBERTY SURPLUS INSURANCE CORPORATION

DATED: April 13, 2012

BOHM, MATSEN, KEGEL & AGUILERA, LLP

_____
A. ERIC AGUILERA
Attorneys for
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

3

STIPULATION DISMISSING LSIC'S 3D PARTY COMPLAINT AND
ADMIRAL'S COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM
WITHOUT PREJUDICE; ORDER

No. 5:11-CV-03159-LHK

| | | |
|---|---|---|
| 1 | DATED: April 12, 2012 | PARTON SELL RHOADES |
| 2 | | /S/ |
| 3 | | JAMES PARTON, III<br>Attorneys for<br>ADMIRAL INSURANCE COMPANY |
| 5 | DATED: April 13, 2012 | ARCHER NORRIS |
| 6 | | /S/ |
| 7 | | SEAN D. WHITE<br>Attorneys for<br>FINANCIAL PACIFIC INSURANCE COMPANY |
| 9 | DATED: April 13, 2012 | LAW OFFICE OF SEMHA ALWAYA |
| 10 | | /S/ |
| 11 | | SEMHA ALWAYA<br>Attorneys for<br>AMERICAN SAFETY INDEMNITY COMPANY |
| 14 | DATED: April 12, 2012 | MECKLER BULGER TILSON, MARICK & PEARSON |
| 15 | | /S/ |
| 16 | | IRENE K. YESOWITCH<br>Attorneys for<br>FIRST MERCURY INSURANCE COMPANY |
| 19 | DATED: April 12, 2012 | SINNOTT, PUEBLA, CAMPAGNE & CURET |
| 20 | | /S/ |
| 21 | | BLAKE S. CURET<br>Attorneys for<br>ZURICH AMERICAN INSURANCE COMPANY |
| 23 | DATED: April 13, 2012 | DILLINGHAM & MURPHY |
| 24 | | /S/ |
| 25 | | J. CROSS CREASON, III<br>Co-Attorneys for<br>GREENWICH INSURANCE COMPANY |

///

4

STIPULATION DISMISSING LSIC'S 3D PARTY COMPLAINT AND
ADMIRAL'S COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM
WITHOUT PREJUDICE; ORDER

No. 5:11-CV-03159-LHK

DATED: April 13, 2012        BATES CAREY NICOLAIDES, LLP

/s/
ROBERT J. BATES, JR.
Co-Attorneys for
GREENWICH INSURANCE COMPANY

## ORDER DISMISSING THIRD-PARTY COMPLAINT, COUNTER CLAIM AND CROSS-CLAIM WITHOUT PREJUDICE

IT IS SO ORDERED.

DATED: April 17, 2012

*Lucy H. Koh*
Hon. LUCY H. KOH
U.S. District Court Judge

1144242

5

STIPULATION DISMISSING LSIC'S 3D PARTY COMPLAINT AND
ADMIRAL'S COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM
WITHOUT PREJUDICE; ORDER

No. 5:11-CV-03159-LHK