UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, ) | Case No.: 11-CV-03159-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| LIBERTY SURPLUS INSURANCE ) | |
| CORPORATION; GREENWICH INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND RELATED ACTIONS ) | |
| ) | |

The Case Management Conference scheduled for September 5, 2012 is hereby continued to September 19, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-03159-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE