**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4    THE AMERICAN INSURANCE          CASE NO. 5:11-cv-03159-LHK
     COMPANY, TRAVELERS PROPERTY
5    CASUALTY INSURANCE COMPANY,     **ORDER SETTING BRIEFING SCHEDULE**
                                     **FOR DISPOSITIVE MOTIONS.**
6
                    Plaintiffs,
7        v.

8    LIBERTY SURPLUS INSURANCE
     CORPORATION, GREENWICH
9    INSURANCE COMPANY,

10
                    Defendants.
11   _____

12   AND RELATED CROSS-ACTIONS.
     _____/
13

14          Pursuant to prior notice (Doc. 165), a Case Management Conference was held in this case on

15   Wednesday, September 19, 2012.  During the course of the conference, the Court ordered that by the

16   close of business, 11:59 p.m. PST on Friday, October 26, 2012, all Parties shall, if they so choose, file

17   dispositive motions concerning all outstanding issues and claims, including the duty to defend raised

18   in any third party complaint, cross-claim, or counterclaim, and the allocation of defense costs.

19   Responses in opposition to any such dispositive motions shall be filed by the close of business, 11:59

20   p.m. PST, on Friday, November 9, 2012, and reply briefs shall be filed by the close of business, 11:59

21   p.m. PST, on Friday, November 16, 2012.

22          The hearing set for November 15, 2012 at 1:30 p.m. is hereby suspended.  The Court will

23   reschedule this case for hearing, if necessary and appropriate, by separate order.

24          **IT IS SO ORDERED.**

25

26   Dated:  September 20, 2012

27                                                          _____

28                                                          **UNITED STATES DISTRICT JUDGE**

                                                 1
CASE NO.
TITLE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CASE NO.
TITLE