**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br> v. <br><br> LIBERTY SURPLUS INSURANCE CORPORATION, GREENWICH INSURANCE COMPANY, <br><br> Defendants. <br> ──────────────────────────── <br> AND RELATED CROSS-ACTIONS. <br> ────────────────────────────/ | CASE NO. 5:11-cv-03159-LHK <br><br> **ORDER SETTING BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS.** |

Pursuant to prior notice (Doc. 165), a Case Management Conference was held in this case on Wednesday, September 19, 2012. During the course of the conference, the Court ordered that by the close of business, 11:59 p.m. PST on Friday, October 26, 2012, all Parties shall, if they so choose, file dispositive motions concerning all outstanding issues and claims, including the duty to defend raised in any third party complaint, cross-claim, or counterclaim, and the allocation of defense costs. Responses in opposition to any such dispositive motions shall be filed by the close of business, 11:59 p.m. PST, on Friday, November 9, 2012, and reply briefs shall be filed by the close of business, 11:59 p.m. PST, on Friday, November 16, 2012.

The hearing set for November 15, 2012 at 1:30 p.m. is hereby suspended. The Court will reschedule this case for hearing, if necessary and appropriate, by separate order.

**IT IS SO ORDERED.**

Dated: September 20, 2012

*[signature]*
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CASE NO.
TITLE